**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

THE ASSOCIATION OF AMERICAN
PHYSICIANS & SURGEONS, a
nonprofit corporation; MATT
SALMON, a citizen of the State of
Arizona; DEAN MARTIN, a citizen
of the State of Arizona,
                    *Plaintiffs-Appellants,*

STEVEN S. POE; CLEAN ELECTIONS
INSTITUTE, INC.,
                    *Intervenors-Appellees,*

                    and

LORI DANIELS, a citizen of the
State of Arizona,
                    *Plaintiff,*

                    v.

JAN BREWER, in her official
capacity as Secretary of State of
the State of Arizona; DAVID A.
PETERSSEN, in his official capacity
as Treasurer of the State of
Arizona; TERRY GODDARD, in his
official capacity as Attorney
General of the State of Arizona;
LESLIE LEMON, a member of the
Arizona Citizens Clean Elections
Commission aka Gene Lemon;
DAVID G. MCKAY, a member of
the Arizona Citizens Clean
Elections Commission;

No. 05-15630

D.C. No.
CV-04-00200-EHC
District of Arizona,
Phoenix

ORDER

9869

KATHLEEN S. DEETRICK, a member
of the Arizona Citizens Clean
Elections Commission; ERMILA
JOLLEY, a member of the Arizona
Citizens Clean Elections
Commission; MARCIA BUSCHING, a
Member of the Arizona Citizens
Clean Elections Commission,
                    *Defendants-Appellees.*

Filed August 15, 2007

Before: John T. Noonan, Ronald M. Gould, and
Johnnie B. Rawlinson, Circuit Judges.

## ORDER

Jan Brewer's Motion for Clarification of Panel Order is
GRANTED. The panel order filed July 18, 2007 should have
stated that Dean Martin's complaint "seeking an injunction
against the enforcement of A.R.S. § 16-940 et. seq. states a
cause of action." The panel's order filed July 18, 2007 is
hereby AMENDED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.